**Robert (Bobby) SMITH, et al., Appellees,**

v.

**Vernon Lee BOUNDS, etc. et al., Appellants.**

No. 86–7579.

United States Court of Appeals,
Fourth Circuit.

June 18, 1987.

### ORDER

The appellants' petition for rehearing and suggestion for rehearing in banc were submitted to this Court.

IT IS ORDERED that rehearing in banc is granted.

IT IS FURTHER ORDERED that this case shall be calendared for argument at the October session of Court.